Martin G. Kunkel, Appellant, v. Frank Riedel and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Thomas McAuliffe, Jr., an Infant, by Thomas McAuliffe, Sr., His Guardian ad Litem, Appellant, v. County of Erie and Others, Respondents.— Judgment affirmed, with costs. All concurred, except Kruse, J., not sitting.

Michael Conroy, Respondent, v. Cleveland, Cincinnati, Chicago and St. Louis Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

J. Tome Reynolds and Mary Reynolds, as Administrators, etc., of Walter L. Phillips, Deceased, Respondents, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Williams, J., who voted for reversal on the ground that plaintiffs' intestate was not shown to have been free from contributory negligence.

Albert Steffen, Appellant, v. Luke Smith, Respondent.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Appraisal of the Estate of Frederick Cook, Deceased, etc.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted and questions for review certified.

Francis J. Quinn, Respondent, v. The Sun Printing and Publishing Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

Ralph M. Snell, Appellant, v. Niagara Paper Mills, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Held, that as the cause of action set forth in the complaint was not referable and was denied by the answer and the long account was contained in the counterclaim, the Special Term had no authority to grant the order of reference. (*Steck* v. *Colorado Fuel & Iron Co.*, 142 N. Y. 236.) All concurred, except McLennan, P. J., and Williams, J., who dissented on the authority of *Irving* v. *Irving* (90 Hun, 423; affd., 149 N. Y. 573.)

Erickson Perkins and Others, Respondents, v. William L. S. Olmsted, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Judicial Settlement of the Account of George W. Dickerson, as Committee of the Property of Alice Carroll, an Incompetent Person, now Deceased, Appellant. Patrick McGreghan, as Executor, etc., of Alice Carroll, Deceased, Respondent, Appellant.— Decree modified so as to provide that